UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                      Case No.  3:12-CR-155
                                             Judge Thomas M. Rose

DAVID PAYNE,

    Defendant.

---

**ENTRY AND ORDER DENYING MOTION FOR BOND**

---

On March 27, 2013, Defendant filed a Motion for Bond (doc. 18). The Court set the matter for hearing on April 9, 2013, at which the Defendant appeared with Counsel. Defendant requested review and revocation of the order of detention previously set on January 22, 2013.

Based upon the information provided, in addition to the evidence presented in the original Detention Hearing, the Court finds by clear and convincing evidence that there is still no condition or combination of conditions that would reasonably assure the appearance of the Defendant or the safety of the community. Therefore, the Court **DENIES** Defendant's Motion for Bond (doc. 18).

**DONE** and **ORDERED** in Dayton, Ohio, this 10th day of April, 2013.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT